# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY PROCEEDINGS | Misc. No. 98-55 (NHJ) (consolidated with Misc. No. 98-177 and Misc. No. 98-228) <br><br> **UNDER SEAL** |

FILED

### ORDER TO SHOW CAUSE

On January 29, 1999, the Special Master appointed by this Court filed a report detailing findings and conclusions regarding allegations that the Office of the Independent Counsel ("OIC") violated Federal Rule of Criminal Procedure 6(e)(2). The Special Master has informed the Court that exactly four copies of his report were prepared: one held by the Special Master; another retained by the Special Master's assistant; a third hand-delivered by the Special Master's assistant to the Court; and a fourth hand-delivered by the Special Master directly to the OIC's attorney, Donald Bucklin. Pursuant to this Court's Order of September 25, 1998, the Special Master's inquiry and report were to be kept strictly confidential and under seal. In order to insure secrecy in this delicate inquiry, no copy of the Special Master's report was filed with the Clerk of Court nor served on the movants.

In light of these facts, the Court was deeply disturbed to discover that the existence and substance of the Special Master's report have been leaked to the press. In an article entitled *The Survivor*, found in the February 22nd edition of Newsweek, Howard Fineman reports that "[Starr] may have dodged another bullet, however: NEWSWEEK has learned that a 'special master' investigating leaks from Starr's team has delivered a report to Judge Norma Holloway Johnson in which he details inappropriate disclosures to the press, but no criminal leaks of grand-



22

jury material. Johnson must still decide whether to accept the conclusions." Given this disclosure of the Special Master's closely guarded report, the Court must once again order the OIC to show cause why it, or individuals therein, should not be held in contempt for violation of this Court's Order that this matter remain strictly confidential and under seal.

Upon consideration of the entire record in this matter, it is this 22nd day of February 1999,

ORDERED that the Office of the Independent Counsel show cause why it, or individuals therein, should not be held in contempt for violation of this Court's Order that the details of the Special Master's inquiry and final report be kept strictly confidential and under seal; and it is further

ORDERED that the Office of the Independent Counsel file a brief addressing the disclosure of the existence and substance of the Special Master's report by 4:00 p.m. on Monday, March 1, 1999. After reviewing the response of the Office of the Independent Counsel to this Order to Show Cause, the Court will determine whether to schedule a contempt hearing in this matter.

NORMA HOLLOWAY JOHNSON
CHIEF JUDGE

2