# Exhibit 5

**NEWS**

# THE SURVIVOR

BY **HOWARD FINEMAN** ON 2/21/99 AT 7:00 PM

SHARE 

NEWS

He's done it again. Born lucky, smart and reckless, Bill Clinton routs his foes and wins his Senate trial. But his real reckoning--the one with history--is still to come.

ON THE DAY Bill Clinton was acquitted, the White House was like a college dorm after finals. Everyone was rushing out the door and into the rest of his life. The lawyers treated themselves to a fancy lunch. A top political aide took his sons to the rodeo. The press secretary drove home early. Al Gore was off on a trip to Albany. By sundown there was almost no one of importance left in the mansion--except, of course, the man who lived there, his wife and his mother-in-law.

When the Rev. Jesse Jackson arrived, the president was alone at his desk in the Oval Office, making calls and penning thank-you notes to the senators in his party who had locked arms and saved him from conviction. Jackson, a Baptist minister, discussed political redemption. He urged the president to focus on the plight of the rural poor by traveling down to Appalachia, the Mississippi Delta and the Rio Grande Valley. He then asked Clinton to move out from behind his desk, and the two huddled on a couch to pray. The president had faced a fearsome storm, Jackson said, but had followed Jesus' advice to his disciples: remain calm, have faith. God had heard and answered his prayers. And now, as the Psalmist wrote, ""joy cometh in the morning."

But this does not feel like morning. There is too much damage to assess, too many new tests to pass. Clinton left the Rose Garden podium last week a survivor, but his real reckoning is still to come--with the Republican-led Congress, with voters who will assess his legacy at the polls in 2000, with the judgment of history to be written. The president must balance a thirst for revenge with a need for legislative accomplishment--and with his promise to help Democrats win back the Congress at all costs. He must enable Vice President Al Gore to succeed him-- and, perhaps, his wife to win a Senate seat in New York. He must do it all without bitterness, or regret, or even any joy. Not long before the Senate's vote a friend, law professor Susan Estrich, soothingly told him that his long ordeal seemed almost over. ""It will never be over," the president replied, and he is right.

**Recommended Slideshows**



**Worst Movies of All Time: These Films Got 0 Percent on Rotten Tomatoes**



**Real Estate: What a $300K House Looks Like In Every State**

The Senate vote itself was anticlimactic. Everyone in Washington knew the outcome in advance. All 45 Democrats would stick together; there was, therefore, no way the Senate could reach the two thirds necessary for his ouster. In the end, 10 Republicans abandoned the GOP and voted against convicting Clinton of perjury (making the vote 55-45 against); five Republicans voted ""not guilty" on obstruction of justice (making the vote 50-50). As a result, presidential aides were able to point out--without gloating, of course--that neither count had earned a majority.

The staging that followed in the Rose Garden was simple, spare. The president had worried through many drafts of a statement, but hadn't told anyone exactly what he'd wanted to say or how he would say it. When he did come forward, there was no one by his side and no crowd but for the sullen media horde. He delivered a mere four sentences, expressing how ""profoundly sorry" he was for ""what I said and did to trigger these events," and vowing to lead the nation toward ""reconciliation and renewal." Rather than thank the White House aides in person--a party might break out--Clinton sent them all an e-mail.

Born with brute stamina, and lacking the gene that produces embarrassment in the human soul, Clinton had once again outlasted his enemies. Politics, Clinton knows, is a game of comparison; next to Ken Starr, Linda Tripp and the House managers, he was, by far, the lesser evil in the eyes of most Americans. As usual, he called on the better angels of the nature of his friends, asking for loyalty from allies he'd lied to--and they gave it to him. He was, as usual, good at his day job, with sound economic and diplomatic stewards who kept the economy humming and the world at peace. The bottom line: an approval rating in the new NEWSWEEK Poll of 66 percent, second highest of his tenure.

## Keep Up With This Story And More By Subscribing Now

But Clinton is a damaged survivor in a field of rubble. He confronts Republican distrust and enmity. GOP leaders were furious at White House allies who spent millions ridiculing the impeachment trial and have noted that Democratic strategists are eager to exact vengeance. ""That doesn't sound like reconciliation," said GOP Senate Majority Leader Trent Lott. Meanwhile, Starr is still lurking. He has written a letter to Attorney General Janet Reno protesting the Justice Department's plan to investigate him. Starr's circle thinks the probe is a vendetta, and that leaks from Justice prove it. Starr proposes that a special, independent investigator handle the matter.

He may have dodged another bullet, however: NEWSWEEK has learned that a ""special master" investigating leaks from Starr's team has delivered a report to Judge Norma Holloway Johnson in which he details inappropriate disclosures to the press, but no criminal leaks of grand-jury material. Johnson must still decide whether to accept the conclusions.

The damage to Clinton's legacy is already apparent. In the NEWSWEEK Poll, 71 percent say he will be remembered primarily for the Lewinsky scandal and impeachment--no matter what he accomplishes now. During the last year voters have lost respect for the world of politics he embodies. Fifty percent say they have a ""less favorable" view of the political process. (The media took an equally big hit: 56 percent have a dimmer opinion.) The only winner in the public's esteem: Hillary Rodham Clinton, whom 33 percent now view more favorably.

For now, the First Lady is the hottest commodity in post-impeachment politics. Influential Democrats, urged on by Clintonites such as Harold Ickes, want to see her run for the Senate in New York in 2000. Insiders who recently dismissed the idea no longer do so. She hasn't ruled it out, they say, and will now take what one called a ""very serious look" at the matter. Residency is no problem (she need only establish it by Election Day), and neither is money. ""Are you kidding?" said a top New York fund-raiser. ""She'd raise a fortune in an instant."

A Hillary candidacy, though, could complicate her husband's--and her party's--larger aims. Clinton has vowed an all-out effort to win back the Congress. That would include knocking off as many conspicuous GOP enemies as possible--a few House managers, for example, or particularly nettlesome GOP senators. Hillary, with her star power and fund-raising ability, would be a crucial ally in such a nationwide effort. ""Poughkeepsie's nice, but we need her everywhere," said one top Democratic strategist. So does Gore, whose success is the Clintons' prime political goal. ""If she runs we'd wish her well," said a top Gore aide. ""But we could sure use her help."

As for Clinton, his new campaign begins in--of all places--New Hampshire. He speaks there this week on the seventh anniversary of the primary in which, dogged by scandal, he finished a distant second--and yet convinced the world that he was the ""Comeback Kid" because his campaign refused to die. The nickname stuck, and in many ways he deserves it more than ever. He is, after all, not only the first elected president ever to have been impeached. Now, after a harrowing year in the life of the nation, he's the first to have been acquitted.

In the new NEWSWEEK Poll, 71% believe Clinton will always be remembered for the Lewinsky scandal, and only 20% think he can repair his legacy

59% believe the Republicans were hurt by handling of impeachment; only 25% think Clinton and Congress will be very productive in the next two years

FOR THIS NEWSWEEK POLL, PRINCETON SURVEY RESEARCH ASSOCIATES INTERVIEWED 752 ADULTS FEB. 11-12. THE MARGIN OF ERROR IS +/- 4 PERCENTAGE POINTS. THE NEWSWEEK POLL (c)1999 BY NEWSWEEK, INC.

REQUEST REPRINT OR SUBMIT CORRECTION