**SHELDON WHITEHOUSE**
RHODE ISLAND

COMMITTEES
BUDGET
ENVIRONMENT AND PUBLIC WORKS
FINANCE
JUDICIARY

# United States Senate
WASHINGTON, DC 20510-3905

http://whitehouse.senate.gov
(202) 224-2921
TTY (202) 224-7746

170 WESTMINSTER STREET, SUITE 200
PROVIDENCE, RI 02903
(401) 453-5294

August 21, 2018

The Honorable Royce C. Lamberth
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Case 1:18-mc-00112

*[Handwritten notation: 18 mc 112 / Let this be filed. / Royce C. Lamberth / U.S.D.J. 8/21/18]*

Dear Judge Lamberth:

It has been brought to our attention that you are currently considering an emergency request to unseal a report to then-Chief Judge Norma Holloway Johnson, authored by Special Master John W. Kern III in 1999, "concerning allegations that prosecutors within the Office of Independent Counsel [OIC] leaked confidential information to the press in connection with their 1998 investigation of then-President Clinton."[1]

As you may know, one of the OIC prosecutors who was a subject of the Special Master's investigation is the Honorable Brett M. Kavanaugh, whose nomination to be an Associate Justice of the Supreme Court of the United States is currently before the Senate Judiciary Committee. It has been reported that Judge Kavanaugh was in regular contact with the media during the Starr investigation, which has led some to suggest that his conduct may have violated Fed. R. Crim. P. 6(e).[2] To the extent Special Master Kern's report may shed light on this conduct, its immediate disclosure is not only in the public interest, but necessary for us to carry out our constitutional advice and consent responsibilities as members of the Judiciary Committee.

Judge Kavanaugh's confirmation hearing is scheduled to begin on September 4, 2018. Accordingly, we write to respectfully request that the court employ all available resources to expedite its review of this matter and order the report be unsealed, following precedent set this year by Chief Judge Howell in *In re Unseal Dockets Related to Independent Counsel's 1998 Investigation of President Clinton*, 308 F. Supp. 3d 314 (2018).

---

[1] Letter re: Emergency Request to Unseal Special Master's Report Concerning Allegations of Improper Disclosures of Grand Jury Materials by Independent Counsel Prosecutors in Connection with 1998 Investigation of President Clinton, Case 1:18-mc-00112-BAH (filed August 14, 2018).

[2] *See, e.g.*, Josh Gerstein, *'Brett was involved': Inside Supreme Court nominee's work for Bill Clinton probe*, POLITICO, July 22, 2018, available at https://www.politico.com/story/2018/07/22/brett-kavanaugh-supreme-court-bill-clinton-starr-investigation-735082.

1

Thank you for your consideration of this important matter.

Respectfully,

*[signature]*
Sheldon Whitehouse
United States Senator

*[signature]*
Dianne Feinstein
United States Senator

*[signature]*
Patrick Leahy
United States Senator

*[signature]*
Richard J. Durbin
United States Senator

*[signature]*
Amy Klobuchar
United States Senator

*[signature]*
Christopher A. Coons
United States Senator

*[signature]*
Richard Blumenthal
United States Senator

*[signature]*
Mazie K. Hirono
United States Senator

*[signature]*
Cory A. Booker
United States Senator

*[signature]*
Kamala D. Harris
United States Senator

Cc: Andrew D. Freeman, Counsel for American Oversight
   Elizabeth Shapiro, U.S. Department of Justice